**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | |
|---|---|
| **LUKE YERANSIAN,** ) | |
| ) | |
| Plaintiff, ) | **Case No. 8:14CV63** |
| ) | |
| vs. ) | |
| ) | **ORDER** |
| **MARKEL CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

This case is before the court following a telephone call from counsel. Robert S. Sherrets represented the plaintiff and Timothy Thalken represented the defendant. The court was advised that the parties have stipulated to submit the argument on the Motion for Replevin (#13) by affidavits.

**IT IS ORDERED:**

1. The hearing on the Motion for Replevin (#13), set for May 13, 2014 at 9:30 A.M., is cancelled.

2. Defendant shall submit their argument by affidavits by the close of business on Monday, May 12, 2014.

3. Plaintiff shall submit their argument by affidavits by the close of business on Friday, May 16, 2014.

Dated this 9th day of May 2014.

                                                  BY THE COURT:

                                                  S/ F.A. Gossett, III
                                                  United States Magistrate Judge