IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| LUKE YERANSIAN, | ) | CASE NO. 8:14-CV-63 |
| Plaintiff, | )<br>)<br>) | **ORDER OF DISMISSAL** |
| vs. | ) | **WITH PREJUDICE** |
| MARKEL CORPORATION, | )<br>)<br>) | |
| Defendant. | ) | |

THIS MATTER is before the Court on the parties' Joint Stipulation for Dismissal with Prejudice (Filing No. 36). Being fully advised in the premises, it is hereby ordered:

1. Plaintiff's complaint, and Defendants' counterclaim, are dismissed with prejudice, terminating this action.

2. Each party shall pay their own costs and attorney fees.

IT IS SO ORDERED.

December 19, 2014

                  s/ Joseph F. Bataillon
                  Senior United States District Judge

1238440